# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT
_____

No. 06-3529
_____

Arven Malcom, Jr., individually          *
and as a class of one,                    *
                                          *
         Appellant,                       *
                                          *   Appeal from the United States
      v.                                  *   District Court for the
                                          *   District of Nebraska.
Charles A. Wooldridge, individually       *
and in his official capacity as           *      [UNPUBLISHED]
Treatment Case Worker/Counselor           *
at the Nebraska Center for Children and   *
Youth, Lincoln, Nebraska;                 *
Unknown Defendant Case                    *
Workers/Counselors, at the                *
Nebraska Center for Children and          *
Youth, Lincoln, Nebraska; P. Stephen      *
Potter, individually and in his official  *
capacity as Public Defender for           *
Dawson County, Nebraska; Lloyd G.         *
Kaufman, individually and in his          *
official capacity as County Judge for     *
Dawson County, Nebraska; Lois             *
Bliven, individually and in her           *
official capacity as the Clerk Magistrate *
of the Dawson County Court in Dawson      *
County, Nebraska; Kent E. Florom,         *
individually and in his official capacity *
as County Judge for Dawson County,        *
Nebraska; John H. Marsh, individually     *
and in his official capacity as County    *
Attorney for Dawson County,               *
Nebraska; Michael F. Maloney,             *

individually and in his official    *
capacity as a Deputy County Attorney    *
for Dawson County, Nebraska; J.    *
Burke Smith, individually and in his    *
official capacity as a Deputy County    *
Attorney for Dawson County,    *
Nebraska; Reg Dallman, individually    *
and in his official capacity as Probation    *
Officer for the County of Dawson,    *
Nebraska; Mark Montgomery,    *
individually and in his official capacity    *
as a Deputy Sheriff for Dawson County,    *
Nebraska; Bradley Christner,    *
individually and in his official    *
capacity as a Deputy Sheriff for    *
Dawson County, Nebraska; Elizabeth    *
Friedrichey Waterman, individually    *
and in her official capacity as a    *
defense attorney for plaintiff;    *
Leonard P. Vyhnalek, individually and    *
in his official capacity as a defense    *
attorney for plaintiff; Donald E.    *
Rowlands, II, individually and in his    *
official capacity as District Court Judge    *
in and for the District Court of Dawson    *
County, Nebraska; Kurt R. McBride,    *
individually and in his official capacity    *
as an appellate defense attorney for    *
plaintiff; Colleen J. White, OCR, RPR,    *
individually and in her official capacity    *
as a District Court Reporter in and for    *
the District Court of Dawson County,    *
Nebraska, and for the District Court of    *
Lincoln County, Nebraska; County of    *
Dawson, Nebraska, a political    *

subdivision, organized and existing in  \*
the State of Nebraska,  \*

                                  \*

           Appellees.  \*

_____

Submitted: July 30, 2008
Filed: August 7, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arven Malcom, Jr., appeals the adverse judgment entered by the district court[1] in his 42 U.S.C. § 1983 action against private and government defendants who Malcom claimed violated his rights with regard to a 1992 state judgment of conviction that was later found to be invalid. Following careful de novo review, we affirm for the reasons provided by the district court. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

-3-